UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE        Case No.
COMPANY, et al.,                      1:18-cv-05025

                           Plaintiffs,      **STIPULATION TO EXTEND TIME TO RESPOND**

       - against -

TOP Q, INC., et al.,

                           Defendants.
-----------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiffs herein and Defendants Top Q, Inc., and Levy Davidov that the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action is extended to November 2, 2018. Defendants also hereby waive any affirmative defenses based upon insufficient service of process and lack of personal jurisdiction. Facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: Brooklyn, New York
       October 9, 2018

By: _____
Nicholas Bowers, Esq.
Gary Tsirelman P.C.
*Attorneys for Defendants Named Herein*
129 Livingston, 2nd Floor
Brooklyn NY 11201

By: _____
RivkinRadler
*Attorneys for Plaintiffs*
926 RXR Plaza
Uniondale, NY 11556